United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERT RYAN GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-096 |
| | § | |
| JOHN DOE #1 STATE TROOPER, | § | |
| JOHN DOE #2 STATE TROOPER | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL**

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Gonzalez's civil complaint alleging a violation of his Fourth, Fifth, and Fourteenth Amendment rights. After having reviewed said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 20 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that this civil cause of action (Dkt. No. 1) should be **DISMISSED** with prejudice for failure to state a claim.

The Clerk shall send a copy of this Order to the Plaintiff.

SO ORDERED November 9, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge